BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $75,450.26 SEIZED FROM KERN SCHOOLS FEDERAL CREDIT UNION ACCOUNT NUMBER 8160001395, HELD IN THE NAME OF LUPE VACA, and<br><br>APPROXIMATELY $3,917.43 SEIZED FROM KERN SCHOOLS FEDERAL CREDIT UNION ACCOUNT NUMBER 8160500107, HELD IN THE NAME OF LUPE VACA,<br><br>  Defendants. | 1:12-CV-01131-LJO-GSA<br><br>**STIPULATION TO STAY CIVIL PROCEEDINGS AND ORDER** |

IT IS HEREBY STIPULATED between the United States of America and Claimants Lupe Vaca and Carnitas Uruapan, Inc. ("Claimants"), by and through their respective counsel, that a stay is necessary in the above-entitled action and request the Court enter an order staying proceedings pending resolution of the currently active criminal investigation.

1. On July 10, 2012, the United States filed a civil judicial "Verified Complaint for Forfeiture In Rem," in the Eastern District of California: *United States v. Approximately $75,450.26 Seized From Kern Schools Federal Credit Union Account Number 8160001395,*

*Held In The Name Of Lupe Vaca, and Approximately $3,917.43 Seized From Kern Schools Federal Credit Union Account Number 8160500107, Held In The Name Of Lupe Vaca,* Docket No. 1:12-CV-01131-LJO-GSA, ECF No. 1.

2. On August 15, 2012, Claimants filed judicial claims to the defendant funds; and on August 29, 2012, Claimants filed an Answer. ECF Nos. 6, 7, 9.

3. As provided by 18 U.S.C. § 981(g)(1), upon request of the United States, the court "shall" stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case.

4. As provided by 18 U.S.C. § 981(g)(2), upon request by the claimant, the court "shall" stay the civil forfeiture proceedings if the court determines that the claimant is the subject of a related criminal investigation or case, the claimant has standing to assert a claim in the civil forfeiture proceeding, and continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case.

5. As provided in both 18 U.S.C. §§ 981(g)(1) and (g)(2), the parties wish by agreement to stay the civil forfeiture proceedings entirely, as the parties stipulate and agree that there is a related ongoing criminal investigation of which Claimants are a subject, that Claimants have standing to assert a claim in the civil forfeiture proceeding, that continuation of the forfeiture proceeding will burden the right of Claimants against self-incrimination in the related criminal prosecution, and that the present civil discovery will adversely affect the ability of the United States to conduct the related criminal investigation.

6. Accordingly, the parties agree that the stay be imposed. As the criminal investigation has not yet resulted in criminal charges, the parties wish the stay to be in effect only until March 11, 2014. The parties request that the court set a status hearing on

///

///

or about March 4, 2014. The parties will file a joint status report one week prior, informing the court whether the continuation of the stay is still necessary.

Dated:   September 27, 2013        BENJAMIN B. WAGNER
                                   United States Attorney


                                    /s/ Heather Mardel Jones
                                   HEATHER MARDEL JONES
                                   Assistant United States Attorney


Dated:   September 26, 2013         /s/ Michael P. Mears
                                   MICHAEL P. MEARS
                                   Attorney for Claimants
                                   (Original signature retained by attorney)

### ORDER

Based on the parties' stipulation set forth above, this action is stayed until March 11, 2014.  As requested by the parties, a status conference is hereby scheduled for 10:30 a.m., on March 4, 2014, in Courtroom 10.  The parties may appear telephonically by coordinating a one-line conference call prior to calling Chambers at (559) 499-5960.  The parties shall file a joint status report one week prior to the status conference, informing the court whether a continuation of the stay is necessary.

IT IS SO ORDERED.

   Dated:   **October 3, 2013**              /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE