UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>APPROXIMATELY $75,450.26 SEIZED FROM KERN SCHOOLS FEDERAL CREDIT UNION ACCOUNT NUMBER 8160001395, HELD IN THE NAME OF LUPE VACA, and<br><br><br>APPROXIMATELY $3,917.43 SEIZED FROM KERN SCHOOLS FEDERAL CREDIT UNION ACCOUNT NUMBER 8160500107, HELD IN THE NAME OF LUPE VACA,<br><br>　　　Defendants. | CASE NO. 1:12-cv-01131-LJO-GSA<br><br>ORDER AFTER SETTLEMENT (Doc. 21.) |

　　　Plaintiff's counsel notified this Court that settlement has been reached among all parties. Doc. 21. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than April 21, 2014**, to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

　　　This Court VACATES all pending matters and dates, including the **April 23, 2014 Status Conference**, which are subject to immediate resetting.

1

Failure to comply with this order will be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   **March 31, 2014**                    **/s/ Lawrence J. O'Neill**
                                                                 UNITED STATES DISTRICT JUDGE