BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $75,450.26 SEIZED FROM KERN SCHOOLS FEDERAL CREDIT UNION ACCOUNT NUMBER 8160001395, HELD IN THE NAME OF LUPE VACA, and <br><br> APPROXIMATELY $3,917.43 SEIZED FROM KERN SCHOOLS FEDERAL CREDIT UNION ACCOUNT NUMBER 8160500107, HELD IN THE NAME OF LUPE VACA, <br><br> Defendants. | 1:12-CV-01131-LJO-GSA <br><br> **FINAL JUDGMENT OF FORFEITURE** |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against defendant funds of approximately $75,450.26 seized from Kern Schools Federal Credit Union account number 8160001395, and defendant funds of approximately $3,917.43 seized from Kern Schools Federal Credit Union account number 8160500107 (hereafter collectively "defendant funds"), seized on or about January 9, 2012.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on July 10, 2012, alleging that said defendant funds are subject to forfeiture to the United States of America pursuant to 18 U.S.C. §§ 984, 981(a)(1)(A), and 31 U.S.C. § 5317(c)(2).

3. On July 12, 2012, the Clerk issued a Warrant for Arrest for the defendant funds. The warrant for the defendant funds was duly executed on July 16, 2012.

4. Beginning on July 13, 2012, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site www.forfeiture.gov.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Lupe Vaca

    b. Carnitas Uruapan, Inc.

    c. Michael P. Mears, attorney

6. On August 15, 2012, Lupe Vaca and Carnitas Uruapan, Inc. ("Claimants") filed a claim and on August 29, 2012, filed an Answer. To date, no other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against Lupe Vaca, Carnitas Uruapan, Inc., and all other potential claimants.

3. Upon entry of a Final Judgment of Forfeiture herein, $47,620.61 of the defendant funds of approximately $75,450.26 seized from Kern Schools Federal Credit Union account number 8160001395 and the defendant funds of approximately $3,917.43 seized from Kern Schools Federal Credit Union account number 8160500107 (hereafter collectively "defendant funds"), together with any interest that has accrued on the entire amount of defendant funds, shall be forfeited to the United States pursuant to 18 U.S.C. §§ 984, 981(a)(1)(C), and 31 U.S.C. § 5317(c)(2), to be disposed of according to law.

4. Upon entry of a Final Judgment of Forfeiture herein, but no later than 60 days

after the court issues the Final Judgment of Forfeiture or 60 days after Claimants have provided the necessary electronic funds transfer paperwork—whichever is later, $31,747.08 of the defendant funds of approximately $75,450.26 seized from Kern Schools Federal Credit Union account number 8160001395 and of the defendant funds of approximately $3,917.43 seized from Kern Schools Federal Credit Union account number 8160500107, shall be returned to Carnitas Uruapan, Inc., through its attorney Michael P. Mears, at Michael P. Mears, a Professional Corporation, 5500 Ming Avenue, Suite 225, Bakersfield, California, telephone (661) 834-1600.

     5.    That the United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant funds. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. Claimants hereby waive the provisions of California Civil Code § 1542.

     6.    The Court finds that there was probable cause for arrest and seizure of the defendant funds, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

     7.    The Court finds that no party "substantially prevailed" as set forth in 28 U.S.C. § 2465.

     8.    All parties are to bear their own costs and attorney's fees.

     9.    The U.S. District Court for the Eastern District of California shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

IT IS SO ORDERED.

Dated: **April 4, 2014**          **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE